1  MILBANK LLP
   David I. Gindler (Bar No. 117824)
2    dgindler@milbank.com
   Gary N. Frischling (Bar No. 130583)
3    gfrischling@milbank.com
   Jasper Tran (Bar No. 311796)
4    jtran@milbank.com
   David C. Jonas (Bar No. 320888)
5    djonas@milbank.com
   2029 Century Park East, 33rd Floor
6  Los Angeles, California 90067-3019
   Telephone: (424) 386-4000
7  Facsimile: (213) 629-5063

8  Sean Hyberg (*pro hac vice* application forthcoming)
     shyberg@milbank.com
9  55 Hudson Yards
   New York, NY 10001
10 Telephone: (212) 530-5000
   Facsimile: (212) 530-5219

11
   *Attorneys for Plaintiff*
12 *Unicorn Energy GmbH*

13              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
14                      **SAN JOSE DIVISION**

15 UNICORN ENERGY GmbH,            )    Case No. 5:21-cv-07476-BLF
                                   )
16              Plaintiff,         )    **NOTICE OF CHANGE IN COUNSEL**
                                   )
17        v.                       )
                                   )
18 TESLA, INC.,                    )
                                   )
19              Defendant.         )
                                   )
20

21 **TO THE COURT AND ALL COUNSEL OF RECORD:**

22        PLEASE TAKE NOTICE that Elizabeth L. DeRieux of the law firm Capshaw

23 DeRieux, LLP and Emily Lilburn of the law firm Milbank LLP are hereby withdrawn as

24 counsel of record for Plaintiff Unicorn Energy GmbH.

25        Counsel of record for Plaintiff otherwise remains the same.

26

27

28

                                    1

1

Dated: October 19, 2021

MILBANK LLP

2

3

By:  /s/ David I. Gindler
      David I. Gindler

4

*Attorney for Plaintiff*
*Unicorn Energy GmbH*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff's Notice of Change in Counsel

5:21-cv-07476-BLF

1

## CERTIFICATE OF SERVICE

2        I hereby certify that all counsel of record are being served on the above date with a

3  copy of the foregoing Notice via the Court's CM/ECF system.

4

5                                        */s/ David I. Gindler*
                                         David I. Gindler
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff's Notice of Change in Counsel                              5:21-cv-07476-BLF