| | |
|---|---|
| Jared A. Smith (SBN 306576)<br>jasmith@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Ste. 400<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>Attorneys for Defendant<br>TESLA, INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| UNICORN ENERGY GMBH<br><br>        Plaintiff,<br><br>  v.<br><br>TESLA, INC.<br><br>        Defendant. | Case No. 5:21-cv-07476-BLF<br><br>**NOTICE OF APPEARANCE OF JARED A. SMITH**<br><br>Hon. Beth Labson Freeman<br>Ctrm: 3, 5th Floor |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that Jared A. Smith of Fish & Richardson P.C. hereby enters an |
| 2 | appearance as counsel on behalf of Defendant Tesla, Inc. in the above-referenced matter. |
| 3 | |
| 4 | Dated:  December 16, 2021                           Respectfully Submitted, |
| 5 | |
| 6 | By:   /s/ Jared A. Smith |
| | Jared A. Smith (CA SBN 306576) |
| | jasmith@fr.com |
| 7 | FISH & RICHARDSON P.C. |
| | 12860 El Camino Real, Ste. 400 |
| 8 | San Diego, CA 92130 |
| | Telephone: (858) 678-5070 |
| 9 | Facsimile: (858) 678-5099 |
| 10 | |
| 11 | Attorneys for Defendant TESLA, INC. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 16, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail and regular mail.

*/s/ Jared A. Smith*
Jared A. Smith|
jasmith@fr.com