UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNICORN ENERGY GMBh          ,

Plaintiff(s),

v.

TESLA INC.                              ,

Defendant(s).

Case No. 5:21-cv-07476-BLF

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, ___Daniel R. Gopenko___, an active member in good standing of the bar of ___District of Columbia___, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: ___Tesla Inc.___ in the above-entitled action. My local co-counsel in this case is ___Jared A. Smith___, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: ___306576___.

| | |
|---|---|
| Fish & Richardson, P.C., 1000 Maine Ave, SW,  Suite 1000, Washington D.C. 20024 | Fish & Richardson, P.C., 12860 El Camino Real, Suite 400, San Diego, CA 92130 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202 )  783-5070 | (858) 678-5070 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| gopenko@fr.com | jasmith@fr.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ___1018019___.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___2___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/16/2021

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of ___Daniel R. Gopenko___ is

granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

counsel designated in the application will constitute notice to the party.

Dated: _____

_____

UNITED STATES DISTRICT/MAGISTRATE JUDGE