UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICORN ENERGY GMBH,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA INC.,<br><br>    Defendant. | Case No.  21-cv-07476-BLF   (SVK)<br><br>**REQUEST FOR CHAMBERS COPIES; GUIDELINES FOR HEARING ON MOTION TO STRIKE INFRINGEMENT CONTENTIONS**<br><br>Re: Dkt. No. 176 |

In preparation for the July 11, 2023 hearing on Defendant's motion to strike Plaintiff's infringement contentions for the '876 Patent (Dkt. 176), the Court **ORDERS** as follows:

1. No later than **June 20, 2023**, the party who filed each of the following items must submit one chambers copy of the sealed (unredacted) versions of these items only:

    a. Kazi declaration (Dkt. 176-1) and exhibits, in the following format:

        i. In color

        ii. Double-sided, except for Exs. 4, 12 and 13, which should be single-sided.

    b. Fernandes declaration (Dkt. 185-1) and exhibits, in the following format:

        i.  In color

        ii. Double-sided, except as noted below.

        iii. Exhibit C should be single-sided but include only those pages cited in Dkt. 186-1.

    c. Any declaration and exhibits filed in support of Defendant's reply, in the format noted above.  Claim charts should be single-sided.

2. The chambers copies should be organized in binders of 3 inches or less with labeled tabs and should be delivered to the San Jose Clerk's Office. Parties are to inform the Court at svkcrd@cand.uscourts.gov when the chambers copies have been delivered.

3. The Court will entertain a brief tutorial at the start of the hearing on July 11, 2023. Each side should be prepared to present for not more than 15 minutes. The Court will not entertain infringement or invalidity arguments, and counsel are encouraged to meet and confer and coordinate their tutorial efforts. Demonstrative exhibits to be used at the tutorial are to be filed on ECF no later than **12 noon on July 10, 2023**. The Parties are to bring two color copies of demonstrative exhibits to the hearing for the Court.

**SO ORDERED.**

Dated: June 14, 2023

SUSAN VAN KEULEN
United States Magistrate Judge