1  Ruffin B. Cordell (*pro hac vice*)
   cordell@fr.com
2  Daniel R. Gopenko (*pro hac vice*)
   gopenko@fr.com
3  FISH & RICHARDSON P.C.
   1000 Maine Ave., S.W., Suite 1000
4  Washington, DC 20024
   Telephone: (202) 783-5070
5  Facsimile: (202) 783-2331

6  Aamir A. Kazi (*pro hac vice*)
   kazi@fr.com
7  FISH & RICHARDSON P.C.
   1180 Peachtree Street, 21st Floor
8  Atlanta, GA 30309
   Telephone: (404) 892-5005
9  Facsimile: (404) 892-5002

10 Jared A. Smith (Bar No. 306576)
   jasmith@fr.com
11 Elliot N. Scher (Bar No. 343705)
   scher@fr.com
12 FISH & RICHARDSON P.C.
   12860 El Camino Real, Suite 400
13 San Diego, CA 92130
   Telephone: (858) 678-5070
14 Facsimile: (858) 678-5099

15 Attorneys for Defendant Tesla, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| UNICORN ENERGY AG | Case No. 5:21-cv-07476-BLF |
| Plaintiff, | **TESLA MOTION FOR CONTINUANCE** |
| v. | Action Filed: October 26, 2020 |
| TESLA, INC. | Trial Date: September 9, 2024 |
| Defendant. | |

2

1    Defendant Tesla, Inc. ("Tesla"), by and through its counsel of record and subject to the
2 Court's approval, hereby moves as follows:
3    On September 25, 2023, the Court set a hearing for October 31, 2023 before Magistrate
4 Judge Susan van Keulen regarding Unicorn's Motion for Leave to Amend Infringement
5 Contentions (ECF No. 234).  Counsel for Tesla that was planning on arguing ECF No. 234 has a
6 conflict on that date that cannot be moved.  The Court had set that same date for hearing Tesla's
7 Motion to Amend its Invalidity Contentions (ECF No. 217), but Tesla had planned to have a
8 different attorney argue that motion.
9    Thus, Tesla seeks that the Court continue or reschedule the October 31 hearing.  Tesla has
10 conferred with Unicorn and Unicorn does not oppose Tesla's request to the extent the Court can
11 reschedule the hearing for any time on or before November 7, except that Unicorn is not available
12 October 25 through 27.

Dated: September 28, 2023

Respectfully Submitted,

**FISH & RICHARDSON P.C.**

By: /s/ Aamir A. Kazi
     Aamir A. Kazi

Ruffin B. Cordell (*pro hac vice*)
cordell@fr.com
Daniel R. Gopenko (*pro hac vice*)
gopenko@fr.com
1000 Maine Ave., S.W., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Aamir A. Kazi (*pro hac vice*)
kazi@fr.com
1180 Peachtree Street, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Jared A. Smith (Bar No. 306576)
jasmith@fr.com
Elliot Scher (SBN 343705)
scher@fr.com
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*Attorneys for Defendant Tesla, Inc.*