1  **ORRICK, HERRINGTON & SUTCLIFFE**
   David I. Gindler (Bar No. 117824)           Erin M. B. Leach (Bar No. 308347)
2     dgindler@orrick.com                      eleach@orrick.com
   David C. Jonas (Bar No. 320888)             2050 Main Street, Suite 1100
3     djonas@orrick.com                        Irvine, CA 92614
   355 South Grand Avenue, Ste 2700            Telephone: +1 949 852 7766
4  Los Angeles, CA 90071-1596                  Facsimile: +1 949 567 6710
   Telephone: +1 213 629 2020
5  Facsimile: +1 213 612 2499                  Jordan B. Fernandes (*pro hac vice*)
                                                  jfernandes@orrick.com
6  Gary N. Frischling (Bar No. 130583)         51 West 52nd Street
      gfrischling@orrick.com                   New York, NY 10019-6142
7  631 Wilshire Boulevard, Ste 2-C             Telephone: +1 212 506 3601
   Santa Monica, CA 90401                      Facsimile: +1 212 506 5151
8  Telephone: +1 310 633 2800
   Facsimile: +1 310 633 2849
9
   Travis M. Jensen (Bar No. 259925)
10 tjensen@orrick.com
   1000 Marsh Road
11 Menlo Park, California 94025-1015
   Telephone: +1 650 7400
12 Facsimile: +1 650 7401

13 *Attorneys for Plaintiff*
   *Unicorn Energy AG*
14

15              **UNITED STATES DISTRICT COURT**
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| 17  UNICORN ENERGY AG | Case No. 5:21-cv-07476-BLF-SVK |
| 18              Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE AND RULE 72(a) OBJECTION** |
| 19       v. | |
| 20  TESLA, INC. | |
| 21              Defendant. | |

1  Before the Court is Plaintiff Unicorn Energy AG's Motion for Relief From Nondispositive
2  Pretrial Order of Magistrate Judge and Rule 72(a) Objection.
3  For good cause shown, Plaintiff Unicorn Energy AG's Motion is hereby GRANTED.
4  **IT IS SO ORDERED.**

6  Dated: _____
7  HON. BETH LABSON FREEMAN
   UNITED STATES DISTRICT JUDGE