**ORRICK, HERRINGTON & SUTCLIFFE**
David I. Gindler (Bar No. 117824)
  dgindler@orrick.com
David C. Jonas (Bar No. 320888)
  djonas@orrick.com
355 South Grand Avenue, Ste 2700
Los Angeles, CA 90071-1596
Telephone: +1 213 629 2020
Facsimile: +1 213 612 2499

Gary N. Frischling (Bar No. 130583)
gfrischling@orrick.com
631 Wilshire Boulevard, Ste 2-C
Santa Monica, CA 90401
Telephone: +1 310 633 2800
Facsimile: +1 310 633 2849

Travis M. Jensen (Bar No. 259925)
tjensen@orrick.com
1000 Marsh Road
Menlo Park, California 94025-1015
Telephone: +1 650 7400
Facsimile: +1 650 7401

Erin M. B. Leach (Bar No. 308347)
eleach@orrick.com
2050 Main Street, Suite 1100
Irvine, CA 92614
Telephone: +1 949 852 7766
Facsimile: +1 949 567 6710

Jordan B. Fernandes (*pro hac vice*)
  jfernandes@orrick.com
51 West 52nd Street
New York, NY 10019-6142
Telephone: +1 212 506 3601
Facsimile: +1 212 506 5151

*Attorneys for Plaintiff*
*Unicorn Energy AG*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICORN ENERGY AG<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC.<br><br>Defendant. | Case No. 5:21-cv-07476-BLF-SVK<br><br>**NOTICE OF UNICORN ENERGY'S HEARING DEMONSTRATIVES**<br><br>Date:    April 4, 2024<br>Time:   1:30 pm<br>Place:  Courtroom 1<br>Judge:  Hon. Beth Labson Freeman<br><br>Action Filed: October 26, 2020<br>Trial Date: September 9, 2024 |

Plaintiff Unicorn Energy hereby files the demonstrative exhibits that it used at the Court's April 4, 2024 hearing on Unicorn Energy's Motion for Partial Summary Judgment (ECF No. 373) and Tesla's Motion for Summary Judgment (ECF No. 377).

Dated: April 5, 2024

                                          Respectfully submitted,

                                          **ORRICK, HERRINGTON & SUTCLIFFE**

                                          By:  /s/ *Gary N. Frischling*
                                                      Gary N. Frischling

                                          *Attorney for Plaintiff*
                                          *Unicorn Energy AG*