| | |
|---|---|
| **ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>David I. Gindler (Bar No. 117824)<br>dgindler@orrick.com<br>David C. Jonas (Bar No. 320888)<br>djonas@orrick.com<br>355 South Grand Avenue, Ste 2700<br>Los Angeles, CA 90071-1596<br>Telephone: +1 213 629 2020<br>Facsimile: +1 213 612 2499<br><br>Gary N. Frischling (Bar No. 130583)<br>gfrischling@orrick.com<br>631 Wilshire Boulevard, Ste 2-C<br>Santa Monica, CA 90401<br>Telephone: +1 310 633 2800<br>Facsimile: +1 310 633 2849<br><br>Travis M. Jensen (Bar No. 259925)<br>tjensen@orrick.com<br>1000 Marsh Road<br>Menlo Park, California 94025-1015<br>Telephone: +1 650 7400<br>Facsimile: +1 650 7401<br><br>Erin M. B. Leach (Bar No. 308347)<br>eleach@orrick.com<br>2050 Main Street, Suite 1100<br>Irvine, CA 92614<br>Telephone: +1 949 852 7766<br>Facsimile: +1 949 567 6710<br><br>*Attorneys for Plaintiff*<br>*Unicorn Energy AG* | **FISH & RICHARDSON P.C.**<br>Ruffin B. Cordell (pro hac vice)<br>cordell@fr.com<br>Daniel R. Gopenko (pro hac vice)<br>gopenko@fr.com<br>FISH & RICHARDSON P.C.<br>1000 Maine Ave., S.W., Suite 1000<br>Washington, DC 20024<br>Telephone: (202) 783-5070<br>Facsimile: (202) 783-2331<br><br>Aamir A. Kazi (pro hac vice)<br>kazi@fr.com<br>FISH & RICHARDSON P.C.<br>1180 Peachtree Street, 21st Floor<br>Atlanta, GA 30309<br>Telephone: (404) 892-5005<br>Facsimile: (404) 892-5002<br><br>Jared A. Smith (Bar No. 306576)<br>jasmith@fr.com<br>Fish & Richardson P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>**TESLA, INC.**<br>Alex Hanna (pro hac vice)<br>CA Reg. In-House Counsel<br>alehanna@tesla.com<br>3000 Hanover St.<br>Palo Alto, CA 94304<br>Telephone: (650) 586-2409<br><br>*Attorneys for Defendant Tesla* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| UNICORN ENERGY AG<br><br>        Plaintiff,<br><br>   v.<br><br>TESLA, INC.<br><br>        Defendant. | Case No. 5:21-cv-07476-BLF-SVK<br><br>**STIPULATED DISMISSAL WITH PREJUDICE UNDER RULE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Beth Labson Freeman<br>Action Filed: October 26, 2020<br><br>Trial Date: Vacated |

APPROVED
Judge Beth Labson Freeman

STIPULATED DISMISSAL WITH PREJUDICE
UNDER RULE 41(a)(1)(A)(ii)
CASE NO. 5:21-CV-07476-BLF-SVK

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Unicorn and Tesla hereby stipulate that this action, including all claims and defenses, shall be dismissed with prejudice, with each party to bear its own fees and costs.

Dated:  July 19, 2024                                             Respectfully Submitted,

**ORRICK, HERRINGTON & SUTCLIFFE LLP**              **FISH & RICHARDSON P.C.**

By:  */s/ Gary Frischling*                                          By:  */s/Daniel R. Gopenko*
       Gary Frischling                                                        Daniel R. Gopenko

*Attorney for Plaintiff*                                                *Attorney for Defendant*
*Unicorn Energy AG*                                              *Tesla, Inc.*

### FILER'S CERTIFICATE

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of this document on the above date has been obtained from all the signatories above.

Dated:  July 19, 2024                                             */s/ Gary Frischling*
                                                                                     Gary Frischling